**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

**DAWN JOYNT,**

    **Plaintiff,**

v.

**JW LEE, INC., D/B/A SCARLETT'S CABARET AND MIAMI GARDENS SQUARE ONE, INC., D/B/A TOOTSIES' CABARET,**

    **Defendants.**

**Federal Civil Action No.:**

**Removed from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida
Former Case No. CACE20010560**

## DEFENDANTS' NOTICE OF REMOVAL

COMES NOW Defendants JW LEE, INC., D/B/A SCARLETT'S CABARET AND MIAMI GARDENS SQUARE ONE, INC., D/B/A TOOTSIES' CABARET ("Defendants"), by and through their undersigned attorneys, pursuant to 28 U.S.C. Sections 1331, and 1441, and Rule 7.2 of the Local Rules for the United States District Court for the Southern District of Florida, and hereby removes Plaintiff's Complaint in the above-captioned action from the Circuit Court of the Seventeenth Judicial Circuit, in and for the Broward County, Florida to this forum, on the following grounds:

    1.    On July 15, 2020, Defendants received a copy of the Plaintiffs' Complaint via process server, which had been filed with the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida.

    2.    Plaintiff Dawn Joynt has specifically brought this action against Defendants, in part, under 29 U.S.C. §§ 201 et seq., and 29 U.S.C. § 216(b). Accordingly, this matter is removable on the basis of federal question jurisdiction because Plaintiff's claims arise, in part, under the law

of the United States. See 28 U.S.C. Section 1331. This Court has supplemental jurisdiction over Plaintiff's claims arising under Chapter 760, Florida Statutes as these claims arise out of the same common nucleus of operative facts as do Plaintiff's federal claims. *See* U.S.C. § 1367.

3. Pursuant to 28 U.S.C. Section 1446, copies of all documents which have been served on Defendants to date are attached as Exhibit A. Pursuant to Local Rule 7.2 of this Court, copies of all documents in the state court file will be filed with this Court within in 14 days of removal.

4. To date, 30 days or less have passed since Defendants were served with Plaintiff's Complaint. Therefore, removal of this action is timely. 28 U.S.C. § 1446.

5. In accordance with 28 U.S.C. § 1446(d), the undersigned certificates that on this same day Defendants have filed a cop of the foregoing Notice of Removal with the Clerk of the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida.

DATED this 4th of August 2020.

        Respectfully submitted,

        CONSTANGY, BROOKS, SMITH &
        PROPHETE, LLP
        Post Office Box 41099
        Jacksonville, Florida 32203
        Telephone: (904) 356-8900
        Facsimile: (904) 356-8200

        By:*/s/ Gary Wheeler*
        Gary Wheeler
        Florida Bar No. 131865
        gwheeler@constangy.com

WALLACE & ALLEN, LLP
440 Louisiana, Ste. 1500
Houston, Texas 77002
Telephone: (713) 227-1744
Facsimile: (713) 227-0104

Casey T. Wallace
*(pro hac vice application forthcoming)*
cwallace@wallaceallen.com
Texas Bar No. 795827
Benjamin W. Allen
*(pro hac vice application forthcoming)*
ballen@wallaceallen.com
Texas Bar No. 24069288
William X King
*(pro hac vice application forthcoming)*
wking@wallaceallen.com
Texas Bar No. 24072496

**Counsel for Defendants**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 4, 2020 I served this instrument in compliance with the Federal Rules of Civil Procedure.

Jordan Richards, Esq
USA Employment Lawyers-Jordan Richards, PLLC
805 E. Broward Blvd., Ste. 301
Fort Lauderdale, Florida 33301
(954) 871-0050

*/s/ Gary Wheeler*
Gary Wheeler