UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61580-CIV-DIMITROULEAS

DAWN JOYNT,

    Plaintiff,

v.

JW LEE, INC., D/B/A SCARLETT'S
CABARET AND MIAMI GARDENS
SQUARE ONE, INC., D/B/A
TOOTSIES' CABARET,

    Defendants.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Plaintiff's Verified Motion for Attorneys' Fees [DE 24], and the Report and Recommendation of Magistrate Judge Lurana S. Snow [DE 28]. The Court notes that no objections to the Report [DE 28] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 28] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 28] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Report [DE 28] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Verified Motion for Attorneys' Fees [DE 24] is **GRANTED;**

3. Plaintiff is awarded fees in the amount of $6,282.50.

4. This remanded action shall remain **CLOSED**. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of November, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record
Magistrate Judge Lurana S. Snow